**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MOHAMMED ABDULLAH TAHA MATTAN (ISN 684),** | ) ) ) ) | |
| **Petitioner,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 09-CV-0745 (RCL)** |
| **BARACK H. OBAMA,** *et al.,* | ) ) | |
| **Respondents.** | ) ) ) | |

**ORDER**

Upon consideration of Respondents' Motion for Extension of Time to Respond to

Petitioner's Motion for Expedited Judgment, it is hereby

**ORDERED** that the Respondents are allowed until June 15, 2009, to file their

opposition.

Date: June 1, 2009.              __/s/_____
                                 ROYCE C. LAMBERTH
                                 UNITED STATES DISTRICT JUDGE